IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| QPRO INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-09-3904 |
| | § | |
| RTD QUALITY SERVICES USA, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF REMAND

In accordance with the court's memorandum and order, this case is remanded to the 239th District Court, Brazoria County, Texas.

SIGNED on January 4, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge